UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 17-32263 |
| | ) | |
| URSZULA RADZISZEWSKI, | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **December 20, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

RadziszewskiNFRCrtSrv

SERVICE LIST
URSZULA RADZISZEWSKI, DEBTOR
CASE NO. 17-32263

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Urszula Radziszewski
6555 W. Addison St Apt O
Chicago, IL 60634

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054-3025


Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083


Midland Funding, LLC
Midland Credit Management, Inc.
As Agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Porfolio Recovery Associates, LLC
Successor to Synchrony Bank (Lowes)
PO Box 41067
Norfolk, VA 23541

Porfolio Recovery Associates, LLC
Successor to Synchrony Bank
(ABT Electronics)
PO Box 41067
Norfolk, VA 23541

Porfolio Recovery Associates, LLC
Successor to CitibankN.A.
 (The Home Depot)
PO Box 41067
Norfolk, VA 23541

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

PYOD, LLC its successors and assigns
As Assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

PYOD, LLC its successors and assigns
As Assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

PYOD, LLC its successors and assigns
As Assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

PYOD, LLC its successors and assigns
As Assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

LVNV Funding, LLC
Its successors and assigns
As Assignee of Capital One, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, Ps
2001 Western Avenue, Suite 400
Seattle, WA 98121

RadziszewskiTFRSrvList