# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Urszula Radziszewski | § | Case No. 17-32263 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 202,900.00                    Assets Exempt: 7,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,349.49      Claims Discharged
                                                 Without Payment: 335,602.32

Total Expenses of Administration: 1,650.51

---

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 238,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,650.51 | 1,650.51 | 1,650.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,547.00 | 84,301.81 | 84,301.81 | 6,349.49 |
| **TOTAL DISBURSEMENTS** | $ 317,547.00 | $ 85,952.32 | $ 85,952.32 | $ 8,000.00 |

4) This case was originally filed under chapter 7 on 10/27/2017 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/07/2019              By:/s/STEVEN R. RADTKE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Chevrolet Avalanche Mileage: 140,000 | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank, PO Box 856177 Louisville, KY 40285 | | 238,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 238,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 30.51 | 30.51 | 30.51 |
| Associated Bank | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,650.51 | $ 1,650.51 | $ 1,650.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 6,762.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, 100 S West St Wilmington, DE 19801 | | 1,956.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 4,598.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 6,334.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 15,691.00 | 15,691.43 | 15,691.43 | 1,181.86 |
| 13 | Comenity Capital Bank/Paypal Credit | 7100-000 | NA | 721.60 | 721.60 | 54.34 |
| 1 | Discover Bank | 7100-000 | 3,058.00 | 3,058.37 | 3,058.37 | 230.35 |
| 12 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | 3,734.00 | 3,874.93 | 3,874.93 | 291.85 |
| 3 | Midland Funding, Llc | 7100-000 | NA | 2,115.62 | 2,115.62 | 159.35 |
| 7 | Pnc Bank, N.A. | 7100-000 | 13,392.00 | 13,392.96 | 13,392.96 | 1,008.74 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | 1,716.00 | 1,716.04 | 1,716.04 | 129.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 3,843.00 | 3,842.80 | 3,842.80 | 289.43 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 21,422.61 | 21,422.61 | 1,613.52 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 3,448.00 | 3,448.10 | 3,448.10 | 259.71 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 3,855.00 | 3,855.99 | 3,855.99 | 290.43 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 6,023.00 | 6,023.69 | 6,023.69 | 453.70 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 5,137.00 | 5,137.67 | 5,137.67 | 386.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 79,547.00 | $ 84,301.81 | $ 84,301.81 | $ 6,349.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-32263 ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|
| Case Name: | Urszula Radziszewski | | | Date Filed (f) or Converted (c): | 10/27/2017 (f) |
| | | | | 341(a) Meeting Date: | 12/04/2017 |
| For Period Ending: | 03/07/2019 | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6555 W. Addison Ave Unit O Chicago Il 60634-0000 Cook | 200,000.00 | 200,000.00 | | 0.00 | FA |
| 2. 2011 Chevrolet Avalanche Mileage: 140,000 | 12,000.00 | 8,000.00 | | 8,000.00 | FA |
| 3. Household Goods & Used Furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Tv, Cell Phone | 500.00 | 0.00 | | 0.00 | FA |
| 5. Used Personal Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Costume Jewelry & Wedding Band | 500.00 | 0.00 | | 0.00 | FA |
| 7. Pnc Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Bank Of America | 300.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $218,300.00   $208,000.00      $8,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/2018 Final payment received; begin work on TFR

6/2018 Payments continue

5/2018 Installment payments continue

2/2018 Initial payment received

1/2018 Trustee to sell right title and interest in debtor's 2011 Chevy Avalanche automobile; agreed to $8K over 6 months

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-32263 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Urszula Radziszewski | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6420 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8392 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/07/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/18 | 2 | Urszula Radziszewski | Installment payment on automobile | 1129-000 | $1,333.33 | | $1,333.33 |
| 03/19/18 | 2 | Urszula Radziszewski | Installment payment on automobile | 1129-000 | $1,333.33 | | $2,666.66 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,656.66 |
| 04/30/18 | 2 | Urszula Radziszewski | Installment payment on automobile | 1129-000 | $1,333.33 | | $3,989.99 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,979.99 |
| 05/31/18 | 2 | Urszula Radziszewski | Installment payment on automobile | 1129-000 | $1,333.33 | | $5,313.32 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,303.32 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,293.32 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,283.32 |
| 09/04/18 | 2 | Urszula Radziszewski | Installment payment on automobile | 1129-000 | $500.00 | | $5,783.32 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,773.32 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,763.32 |
| 10/15/18 | 2 | Urszula Radziszewski | Installment payment on automobile | 1129-000 | $1,100.00 | | $6,863.32 |
| 11/21/18 | 2 | Urszula Radziszewski | Final Installment on automobile | 1129-000 | $1,066.68 | | $7,930.00 |

Page Subtotals: $8,000.00 $70.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-32263 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Urszula Radziszewski | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6420 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8392 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/07/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/19 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,550.00 | $6,380.00 |
| 01/24/19 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $30.51 | $6,349.49 |
| 01/24/19 | 1003 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $230.35 | $6,119.14 |
| 01/24/19 | 1004 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $1,181.86 | $4,937.28 |
| 01/24/19 | 1005 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For<br>Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 3 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $159.35 | $4,777.93 |
| 01/24/19 | 1006 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank(Lowes)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $129.25 | $4,648.68 |
| 01/24/19 | 1007 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Abt Electronics)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 5 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $289.43 | $4,359.25 |

Page Subtotals: $0.00    $3,570.75

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-32263 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Urszula Radziszewski | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6420 |
| | Checking |
| Taxpayer ID No: XX-XXX8392 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/19 | 1008 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (The Home Depot) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 6 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $1,613.52 | $2,745.73 |
| 01/24/19 | 1009 | Pnc Bank, N.A. Po Box 94982 Cleveland, Oh 44101 | Final distribution to claim 7 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $1,008.74 | $1,736.99 |
| 01/24/19 | 1010 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 8 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $453.70 | $1,283.29 |
| 01/24/19 | 1011 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 9 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $386.96 | $896.33 |
| 01/24/19 | 1012 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 10 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $259.71 | $636.62 |
| 01/24/19 | 1013 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 11 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $290.43 | $346.19 |
| 01/24/19 | 1014 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Capital One, N.A. Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution to claim 12 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $291.85 | $54.34 |

| | | | Page Subtotals: | | $0.00 | $4,304.91 | |

UST Form 101-7-TDR (10/1/2010)   *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-32263
Case Name: Urszula Radziszewski
Taxpayer ID No: XX-XXX8392
For Period Ending: 03/07/2019

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6420
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/19 | 1015 | Comenity Capital Bank/Paypal Credit C/O Weinstein & Riley, Ps 2001 Western Ave., Ste 400 Seattle, Wa 98121 | Final distribution to claim 13 creditor account # representing a payment of 7.53 % per court order. | 7100-000 | | $54.34 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

Page Subtotals: $0.00 $54.34

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6420 - Checking | $8,000.00 | $8,000.00 | $0.00 |
|  | $8,000.00 | $8,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |